UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDALAZIZ MOHAMED ALI
AWADELKARIM, ET. AL.,
    Plaintiff,

                                   Case No. 26-10735

v.                             Hon. F. Kay Behm

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, DIRECTOR OF,
    Defendant.
_____/

## ORDER REGARDING LOCAL COUNSEL

Any attorney appearing as attorney of record in the district court, who

is a member of the bar of this court and is not an active member of the

State Bar of Michigan, must promptly specify a member of the bar of this

court with an office in the district as local counsel. *See* E.D. Mich. LR

83.20(f). The Court cautions counsel that proceeding in the case while

failing to specify local counsel or to obtain an exception from the local rule

may result in appropriate sanctions. *See id.*; E.D. Mich. LR 11.1.

      **SO ORDERED.**

Dated: May 1, 2026                       s/F. Kay Behm
                                          F. Kay Behm
                                          United States District Judge