United States District Court
Eastern District of Michigan
Southern Division

Abdalaziz Mohamed Ali
Awadelkarim, et al.,

      Plaintiffs,

v.

Joseph B. Edlow, in his official
capacity as Director of U.S.
Citizenship and Immigration Services,

      Defendant.

Civil No. 26-10735

Honorable F. Kay Behm
Mag. Judge David R. Grand

# Order

Plaintiffs allege that they are fifteen nationals of Sudan, Syria, Afghanistan, and Libya, who are medical physicians and their families residing in the United States. (Compl. ¶¶ 16–30, ECF No. 1, PageID.10–12.) Each has a Form I-485 application to adjust status pending with U.S. Citizenship and Immigration Services (USCIS). (*Id.* ¶¶ 2, 40, PageID.5, 15.) Plaintiffs challenge USCIS's Policy Memoranda imposing a hold on the adjudication of pending benefit requests for applicants from the countries listed in Presidential Proclamations 10949 and 10998. (*Id.* ¶¶ 2, 7, 42, 44, ECF No. 1, PageID.5–6, 15–17.) Plaintiffs seek an

order compelling USCIS to enjoin application of the Policy Memoranda to their applications and adjudicate them within 30 days. (*Id.*, PageID.39–40.)

Pending before the Court are three motions: (1) Plaintiffs' motion for a preliminary injunction, (ECF No. 4); (2) Defendant's motion for a 60-day extension of time to respond to the complaint, (ECF No. 16); and (3) Plaintiffs' application for expedited discovery, (ECF No. 18).

Defendant has represented to the Court that the adjudication hold has been lifted as to applications associated with medical physicians, which is consistent with USCIS's website. The agency is processing Plaintiffs' applications and verifying whether the lift applies to each application by determining which of the Plaintiffs' applications are associated with medical doctors who are practicing medicine in the United States. Accordingly, a ruling on Plaintiffs' motion for preliminary injunction is **STAYED** pending the Court's review of further developments with respect to Plaintiffs' applications. The parties shall file a joint status report on or before **July 8, 2026**, regarding the processing of Plaintiffs' applications.

The parties agree that Defendant may have an extension of time, up to and including **July 6, 2026**, within which to answer, move, or otherwise respond to Plaintiffs' complaint. Accordingly, Defendant's motion for an extension of time to respond to Plaintiffs' complaint (ECF No. 16) is **DENIED AS MOOT**.

Defendant shall file a response to Plaintiffs' application for expedited discovery (ECF No. 18) on or before **June 12, 2026**. Plaintiffs may file a reply in support of the motion on or before **June 17, 2026**.

**SO ORDERED**.

Date: June 9, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge